# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 6, 2023

**By the Court:**

| | |
|---|---|
| No. 23-2135 | |
| KATHRYN KNOWLTON, et al., | Appeal from the United States District Court for |
| Plaintiffs - Appellants | the Eastern District of Wisconsin. |
| v. | No. 2:20-cv-01660-NJ |
| CITY OF WAUWATOSA, et al., | Nancy Joseph, |
| Defendants - Appellees. | *Magistrate Judge.* |

**O R D E R**

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement which provides information concerning appellate jurisdiction. Among other things, if the case is a direct appeal from the decision of a magistrate judge, the docketing statement must provide the dates on which each party consented in writing to the entry of final judgment by the magistrate judge.

In the present case, a magistrate judge issued the final judgment from which appellants appeal. However, appellants' Circuit Rule 3(c) docketing statement fails to set forth the dates on which all the parties consented in writing to proceed before a magistrate judge. This information must be provided. *See* Circuit Rule 28(a)(2)(v). Accordingly,

IT IS ORDERED that appellants file a complete statement of jurisdiction that includes the omitted information. The statement is due on or before July 14, 2023.