CASE NO. 23-2135

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

KATHRYN KNOWLTON, et. al.,

    Plaintiff-Appellants,

v.

CITY OF WAUWATOSA, et. al.,

    Defendant-Appellees.

---

AMENDED JURISDICTIONAL STATEMENT

---

    The district court had jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. § 1367. The federal statutes at issue are 42 U.S.C. 1983, 18 U.S.C. § 2721, U.S. Const. Amend. I, and U.S. Const. Amend XIV. The Plaintiffs-Appellants appeal from a final judgment or orders by the Court, Magistrate Judge Nancy Joseph in the Wisconsin Eastern District Court.

    Appellants Knowlton and McCormick and Appellees Wauwatosa, Weber, and McBride consented to have this case decided by Magistrate Joseph on November 25, 2020. ECF No. 7, 8. Appellants consented in writing to the final judgments by the Magistrate Judge Nancy Joseph on February 21, 2022. (ECF Doc. 164). Appellees consented in writing to the final judgments by the Magistrate Judge Nancy Joseph on May 13, 2022. (ECF Doc. 185).

1

Appellants appeal the Decision and Order entered on August 24, 2022 (App. A001-27); the Decision and Order entered March 13, 2023 (A028-711); and the order denying supplemental instruction to the jury on May 5, 2023. A072-74. No motion for a new trial or to alter the judgment – or any other motion that would toll the time to file a notice of appeal – was filed before the district court. The Plaintiffs-Appellants prior to noticing this appeal know of no other related pending circuit court or district court cases involving these matters. The Plaintiffs-Appellants have no prior federal cases. The prior proceedings have not been found to satisfy the requirements of 28 U.S.C. 1915. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291. Appellants timely filed their Notice of Appeal on June 7, 2023. No issues remain before the district court.

Dated this 18th day of December 2023.

        MOTLEY LEGAL SERVICES
By:  /s/ Kimberley Cy. Motley
        Kimberley Cy. Motley
        Wis. State Bar No. 1047193
        P.O. Box 1433
        Matthews, NC 28106
        Phone: (704) 763-5413
        Fax: (704) 559-2450
        kmotley@motleylegal.com

        ASCEND COUNSEL, LLC
By:  /s/ E. Milo Schwab
        E. Milo Schwab
        CO State Bar No. 47897
        3000 Lawrence Street
        Denver, CO 80205
        Phone : (732) 406-8215
        milo@ascendcounsel.co

Attorneys for Appellants