Joseph M. Wirth
Jasmyne M. Baynard
Ann C. Wirth
Amanda E. Melrood
Ryan T. Truesdale
Sheila Thobani

*Of Counsel*
Gregg J. Gunta
Richard E. Schmidt



**WIRTH+BAYNARD**

ATTORNEYS & COUNSELORS

January 5, 2024

**VIA ELECTRONIC FILING**

Clerk of Courts
Seventh Circuit Court of Appeals
Everett McKinley Dirksen
United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:     *Knowlton, et al. v. City of Wauwatosa, et al.*
        Appeal Case No.: 23-2135

Dear Clerk:

Please accept this letter on behalf of Defendants-Appellees, City of Wauwatosa, et al., as dates when counsel for said Defendants-Appellees is not available for oral argument in the above-captioned matter:

> January 30, 2024
> February 8, 2024
> April 12 – May 31, 2024
> July 25, 2024
> August 12 – 16, 2024

Should you have any questions or need any additional information, please feel free to contact me.

Sincerely,
**WIRTH & BAYNARD**
*/s/ Jasmyne M. Baynard*
Jasmyne M. Baynard
9898 West Bluemound, Suite 2
Wauwatosa, Wisconsin 53226
Telephone: (414) 291-7979
Email: jmb@wbattys.com

c:     All Counsel of Record (via ECF System)