Case: 23-2135   Document: 40   Filed: 01/18/2024   Pages: 2

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

January 18, 2024

| | |
|---|---|
| No. 23-2135 | KATHRYN KNOWLTON, et al.,<br>　　　　Plaintiffs - Appellants<br><br>v.<br><br>CITY OF WAUWATOSA, et al.,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-01660-NJ<br>Eastern District of Wisconsin<br>Magistrate Judge Nancy Joseph ||

**To:**　　Mrs. Kimberley Chongyon Motley
　　　　　MOTLEY LEGAL SERVICES
　　　　　2206 Bonnie Butler Way
　　　　　Charlotte, NC 28270

　　　　　Mr. Edward Milo Schwab
　　　　　ASCEND COUNSEL, LLC
　　　　　2401 S. Downing
　　　　　Denver, CO 80210

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served

upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

The Court requires that all pleadings be submitted in native PDF. Attachments to pleadings may be submitted in scanned PDF if native format is not available. See Cir.R. 25(d) and Seventh Circuit Electronic Case Filing User Manual - Common Terms: Native PDF (non-scanned) and Scanned PDF.

Native PDF (non-scanned): Electronically converted PDF documents created directly from word processing documents. Native PDF documents are text searchable and generally have a small file size. Native PDF documents up to 10 megabytes may be uploaded as a single file; documents exceeding those limits should be split into separate files with appropriate identification.

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____

Dylan A. Batton

NOTE:    Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.


form name: **c7_Brief_Deficiency_Letter**     (form ID: **187**)